

# Fourth Court of Appeals
## San Antonio, Texas

October 1, 2020

No. 04-20-00349-CV

**CITY OF FREDERICKSBURG, TEXAS,**
Appellant

v.

**E.290 OWNERS' COALITION,**
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 15758
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

Appellee's brief was originally due October 1, 2020. On September 30, 2020, appellee filed an unopposed motion requesting an extension of time to file the brief until October 30, 2020. After consideration, we **GRANT** appellee's motion and **ORDER** appellee to file its brief by **October 30, 2020.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of October, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court